<u>**Exhibit A**</u>
**Statement of Claim**
**Plaintiff David William Starr**

**Unpaid Overtime Wages, Minimum Wages, and Wages Paid Late**

| Period[1] | Weeks[1] | Average Weekly Hours Worked[1] | Regular Hourly Rate[1] | Overtime Hourly Rate[1] | Minimum Wage Hourly Rate | Late Pay | No Pay | Total Unpaid Minimum Wages[1] | Total Unpaid Overtime Wages[1] | Total Liquidated Damages[1] |
|---|---|---|---|---|---|---|---|---|---|---|
| 7/1/23 - 9/30/23 | 13.14 | 50 | $39.23 | $58.85 | $11.00 | | ✓ | $7,228.57 | $6,288.35 | $13,516.92 |
| 5/1/22 - 6/30/23 | 60.86 | 50 | $39.23 | $58.85 | $11.00 | ✓ | | $ - | $ - | $62,589.23 |
| | | | | | | | | $7,228.57 | $6,288.35 | $76,106.15 |

| | |
|---:|---|
| Total Unpaid Minimum Wages[1] = | $ 7,228.57 |
| Total Unpaid Overtime Wages[1] = | $ 6,288.35 |
| Total Liquidated Damages[1] = | $76,106.15 |
| Total[1] = | $89,623.08 |

[1] Numbers are averages, estimates, and/or approximates. Numbers may change as information is uncovered through the discovery process.